**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**
   **Plaintiff,**

vs.                  Case No. 3:08cr84/LAC

**RAMANA RAO SURANENI**
   **Defendant.**

_____

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant RAMANA RAO SURANENI pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1), (a)(2)(B) and (b)(1), and Title 28, United States Code, Section 2461(c), the defendant's interests in any property, real or personal, involved in the violations set forth in Counts One through Five of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about October 1, 2008, the defendant RAMANA RAO SURANENI, pled guilty to Counts One through Five of the Indictment pursuant to a written plea and cooperation agreement outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1),

(a)(2)(B) and (b)(1), and Title 28, United States Code, Section 2461(c) of the Federal Rules of Criminal Procedure; now wherefore,

    IT IS HEREBY ORDERED:

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

    A. $17,859.00 in U.S. currency recovered from Bestway Check Cashing at 330 North Pace Blvd., Suite M-215 Pensacola, Florida;

    B. $55,201.25 in U.S. currency located in Wachovia Bank (now known as Wells Fargo & Company Bank) CDA account number ending in 9121 held in the name of Baba Enterprises, LLC.

    C. $5,324.81 in U.S. currency seized from Wachovia Bank (now known as Wells Fargo & Company Bank) account numberending in 6014 in the name of Ramana Suraneni.

3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, RAMANA RAO SURANENI, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure

IT IS SO ORDERED this 9th day of December, 2008

        s/*L.A. Collier*
        LACEY A. COLLIER
        SENIOR UNITED STATES DISTRICT JUDGE