# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**vs.**                                                    **Case No. 3:08cr84/LAC**

**RAMANA RAO SURANENI**

_____

### FINAL ORDER OF FORFEITURE AS
### TO ALL PERSONS AND ENTITIES

WHEREAS, on December 9, 2008, this Court entered a Preliminary Order of

Forfeiture, pursuant to the provisions of Title 18, United States Code, Sections 981 and

982 and Title 28, United States Code, Section 2461(c), based upon the defendant's guilty

pleas to the crimes charged against him in Indictment in this action, and his consent to the

forfeiture of all assets used or derived from said conduct (Doc. 146);

AND WHEREAS, the United States caused to be published a Notice of Forfeiture

and Planned Disposition on www.forfeiture.gov of the intent of the United States to

dispose of the property in accordance with Title 18, United States Code, Sections 981 and

982 and Title 28, United States Code, Section 2461(c), thereby notifying all third parties

of their right to petition the Court within sixty (60) days of the first day of publication to

adjudicate the validity of their alleged legal interest in the real property;

AND WHEREAS, no claims or petitions have been filed for the property

described in this Court's Preliminary Order of Forfeiture entered on December 9, 2008,

and the time for filing petitions expired on September 27, 2009.

THEREFORE, IT IS HEREBY ORDERED:

1.	That the right, title and interest to all of the property described in this Order, is hereby condemned, forfeited and vested in the United States of America.

2.	The property subject to forfeiture in this Order includes the following:

A.	$17,859.00 in U.S. currency recovered from Bestway Check Cashing at 330 North Pace Blvd., Suite M-215 Pensacola, Florida;

B.	$55,201.25 in U.S. currency located in Wachovia Bank (now known as Wells Fargo & Company Bank) CDA account number ending in 9121 held in the name of Baba Enterprises, LLC.

C.	$5,324.81 in U.S. currency seized from Wachovia Bank (now known as Wells Fargo & Company Bank) account number ending in 6014 in the name of Ramana Suraneni.

3.	That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Order entered on December 9, 2008, and said forfeiture is now final.

4.	That the United States Department of Homeland Security Immigration and Customs Enforcement shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 14th day of December, 2009.


s/L.A. Collier
LACEY A. COLLIER
SENIOR U.S. DISTRICT JUDGE